AMENDED **CHAPTER 13 PLAN SUMMARY**

**DEBTOR:** Michael Chamblin　　　　　　　　　　　　**CASE NO.:** 11-00305
**SSN:** XXX-XX-7486
**DEBTOR:**　　　　　　　　　　　　　　　　　　　　**NET MONTHLY EARNINGS:** $3543.00
**SSN:**　　　　　　　　　　　　　　　　　　　　　　**NUMBER OF DEPENDENTS:** 0

I.　　Plan Payments: Payroll deduction Order to: UAB Hospital Attn Payroll Dept AB921 1530 3rd Ave So Birmingham, AL 35294-0109 in the amount of $166.00 biweekly into the plan.

Length of plan is approximately 60 months, and the total amount of debt to be disbursed by the Trustee is approximately $18883.25

II.　　From the payments received, the Trustee shall make disbursements as follows:
　　A.　　PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]
　　　　The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| None | | | |

　　B.　　Total ATTORNEY FEE $2750.00. $466.00 to be paid at confirmation, and $244.00 monthly until paid in full.

　　C.　　The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

　　　1.　　**Long Term Debts:**

| Name of Creditor | Total amount of debt | Amount of regular payment to be paid ☐ by Trustee ■ by Debtor | Regular payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Wells Fargo Home | $28000.00 | $227.00 | 1/2011 | N/A | N/A | N/A | N/A |

　　　2.　　**Secured Debts (not long term debts) to be paid through Trustee:**

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed payments | Fixed payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Kay Jewelers | $10.00 | $279.00 | $279.00 | 0 | Jewelry | 6% | $10.00 | At conf |
| Best Buy | $28.00 | $2861.00 | $2861.00 | 0 | Electronics | 6% | $61.00 | At conf |

III.　　Other Debts not shown in 1. Or 2. Above which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral, Property or Debt | Reason for Direct Payment |
|---|---|---|---|---|
| None | | | | |

IV.　　**Special Provisions:**
　　　　☐ This is an original plan.
　　　　■ This is an amended plan replacing plan dated 1/7/2011.
　　　　■ This plan proposes to pay unsecured creditors 100%.
　　　　■ Debtor rejects lease and/or executory contract with Chrysler financial.
　　　　■ Other Provisions: Debtor proposes to surrender his interest in the 2008 Chrysler 300 leased with Chrysler Financial.

　/s/ Michael Chamblin　　　　　　Dated: 2/1/2011
　Debtor

**ATTORNEY FOR DEBTOR:** Jaffe and Erdberg 205 20th St No Ste 817, Birmingham, Al 35203, 205-323-4500